UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** } | |
| } | |
| v. } | Case No.: 2:19-cr-00035-ACA-JHE-1 |
| } | |
| **JOSE RAMON CALDERON, JR.,** } | |
| } | |
| Defendant. } | |

## ORDER

This matter comes before the court on the magistrate judge's report and recommendation (doc. 29) that the court deny Defendant Jose Ramon Calderon Jr.'s amended motion to suppress (doc. 19). Mr. Calderon filed objections. (Doc. 30).

In his objections, Mr. Calderon does not argue that the magistrate judge's report contained any factual errors or relied on improper law. Instead, he disagrees with the magistrate judge's weighing of the evidence and ultimate legal conclusion based on that evidence. Because Mr. Calderon's objections do not support rejecting the magistrate judge's recommendation, the court OVERRULES all those objections. (Doc. 30).

The court considered the entire record in this case de novo, including the report and recommendation, the transcript of the suppression hearing, specifically

the video recording of Mr. Calderon's **XXXXXXXX**, all filings in support of and in response to the amended motion to suppress, and Mr. Calderon's objections. The court finds that it should **ACCEPT** the magistrate judge's report and **ADOPT** his recommendation to **DENY** the motion to suppress.

**DONE** and **ORDERED** this November 26, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

ac